BEFORE THE FIRST DIVISION, JANUARY 21, 1941

**No. 45240.**—Protests 959988–G, etc., of Bellows & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the bottles in question were held dutiable at 25 percent under paragraphs 218 (e) and 810 as claimed.

BEFORE THE SECOND DIVISION, JANUARY 21, 1941

**No. 45241.**—Protest 902665–G/86929 of Carson, Pirie, Scott & Co. (Chicago).

Opinion by TILSON, J. On the record presented the protest was overruled.

JANUARY 16, 1941

**No. 45242.**—————————Protest 995409–G of Ritter Carlton Co. Abstract 45057. Application by plaintiff for rehearing granted.

JANUARY 17, 1941

**No. 45243.**—————————Protests 962567–G, etc., of N. Minami & Co., Inc. Abstract 44838. Application by Government denied.

**No. 45244.**—————————Protest 3866–K of Whitehall Shipping Co. Abstract 44893. Application by plaintiff denied.

BEFORE THE FIRST DIVISION, JANUARY 23, 1941

**No. 45245.**—Petition 6116–R of Ferdinand Rice (New York).

Opinion by BROWN, J. On reappraisement the single judge sustained the importer's entered value which was reversed on appeal to the division. It was shown that there was ample ground for dispute as to the correct value and that there was no intention on the part of the importer to deceive the Government. The petition was therefore granted.

BEFORE THE SECOND DIVISION, JANUARY 23, 1941

**No. 45246.**—Protests 4604–K, etc., of Kreusser & Schad et al. (New York).

Opinion by TILSON, J. On the records presented the protests were dismissed.